AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America
v.

KEYONN VINCENT a/k/a "Key"
*Defendant*

Case No.   23-CR-215-5

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEYONN VINCENT a/k/a "Key",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:1951(a) - ROBBERY WHICH INTERFERES WITH INTERSTATE COMMERCE
18:924(c)(1)(A) - USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE 18:924(j) - MURDER IN THE COURSE OF USING AND CARRYING A FIREARM

Date:   08/31/2023

s/ Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state:   Philadelphia, Pa

George Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/31/23, and the person was arrested on *(date)* 9/01/23
at *(city and state)* Philadelphia, PA

Date: 9/01/23

*Arresting officer's signature* [signature] #6616

Special Agent Skyler Behrend (ATF)
*Printed name and title*